FILED 20 FEB '25 16:08 USDC-ORE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:25-cr-** 00075-MTK |
| **v.** | **INDICTMENT** |
| **CHRISTINA KLAUDA,** | **18 U.S.C. § 1344**<br>**18 U.S.C. § 1028A**<br>**26 U.S.C. § 7206(1)** |
| **Defendant.** | |
| | **Forfeiture Allegation** |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**INTRODUCTORY ALLEGATIONS**

1. Defendant **CHRISTINA KLAUDA** was a resident of Winston, Oregon.

2. **KLAUDA** was hired by Tower Timber, a company operating in Riddle, Oregon, in 2012 as an office manager and bookkeeper.

3. Umpqua Bank is a financial institution insured by the Federal Deposit Insurance Corporation (or otherwise covered by 18 U.S.C. § 20).

///

///

**COUNT 1**
**(Bank Fraud)**
**(18 U.S.C. § 1344)**

4. All prior paragraphs of this Indictment are incorporated herein.

5. Beginning in or before 2014 and continuing through June 2023, in the District of Oregon, defendant **CHRISTINA KLAUDA** did knowingly devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

***Manner and Means and Scheme to Defraud***

6. As bookkeeper and office manager, **KLAUDA** maintained exclusive control of the books and records for the business, including Tower Timber's QuickBooks accounting software.

7. **KLAUDA** was responsible for creating invoices, processing payroll, and processing payments to outside vendors.

8. Beginning in 2014, **KLAUDA** began inflating her wages without knowledge or approval of the owners of the company. **KLAUDA** inflated her wages by increasing her hourly and overtime wages, inflating the number of regular hours worked, adding overtime she did not work, and adding bonuses she was not awarded.

9. Beginning in or around 2019, **KLAUDA** added a new employee profile in QuickBooks under her name, the only difference being the exclusion of her middle initial.

10. In addition to the inflated payroll **KLAUDA** received via direct deposit to her bank, **KLAUDA** drafted paper checks for the new, illegitimate employee profile and provided those to the owner to review and sign. **KLAUDA** then deleted those payroll checks from QuickBooks.

11. **KLAUDA** would also draft checks to herself disguised in the memo line of the check as reimbursements, loans, or draws. **KLAUDA** signed those checks with a signature stamp provided by the owner of the company and deposited those checks into her personal bank account.

12. To conceal these payments, **KLAUDA** subsequently deleted those checks from the transaction history in QuickBooks.

13. **KLAUDA** also drafted checks to her personal creditors from Tower Timber's bank account using the signature stamp of the owner. To conceal these payments, **KLAUDA** again subsequently deleted those checks from the transaction history in QuickBooks.

14. In total, **KLAUDA** defrauded Tower Timber of over $1,000,000.

***Execution of the Scheme to Defraud***

15. On or about January 27, 2022, in the District of Oregon, defendant **CHRISTINA KLAUDA**, for purposes of executing and attempting to execute the above-described material scheme and artifice to defraud and for obtaining money, funds, or property owned or under control of Umpqua Bank by means of materially false or fraudulent pretenses, representations, or promises, knowingly drafted and deposited a check made out to "Christina M. Klauda" and signed using the signature stamp of Adult Victim 1, when she had no authority to draft or deposit said check,

All in violation of Title 18, United States Code, Section 1344.

///

///

///

## COUNT 2
**(Aggravated Identity Theft)**
**(18 U.S.C. § 1028A)**

16. On or about January 27, 2022, in the District of Oregon, defendant **CHRISTINA KLAUDA** did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, to wit, the name and signature of Adult Victim 1 forged on an Umpqua Bank check, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit: Bank Fraud, in violation of Title 18, United States Code, Section 1344, knowing that the means of identification belonged to another actual person,

In violation of Title 18, United States Code, Section 1028A.

## COUNT 3
**(Making and Subscribing a False Federal Income Tax Return)**
**(26 U.S.C. § 7206(1))**

17. On or about April 15, 2020, in the District of Oregon, defendant **CHRISTINA KLAUDA** did willfully make and subscribe a false IRS Form 1040, Individual Tax Return, for the tax year 2018, which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter. That Form 1040 was prepared and signed in the District of Oregon and filed with the Internal Revenue Service. In that tax return, defendant **KLAUDA** misrepresented her income, as she failed to report over $35,000 in income she received from her employer as part of the scheme to defraud described in Count 1 above,

In violation of Title 26, United States Code, Section 7206(1).

///

///

**COUNT 4**
**(Making and Subscribing a False Federal Income Tax Return)**
**(26 U.S.C. § 7206(1))**

18. On or about April 15, 2020, in the District of Oregon, defendant **CHRISTINA KLAUDA** did willfully make and subscribe a false IRS Form 1040, Individual Tax Return, for the tax year 2019, which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter. That Form 1040 was prepared and electronically signed in the District of Oregon and filed with the Internal Revenue Service. In that tax return, defendant **KLAUDA** misrepresented her income, as she failed to report over $74,000 in income she received from her employer as part of the scheme to defraud described in Count 1 above,

In violation of Title 26, United States Code, Section 7206(1).

**FORFEITURE ALLEGATION**

19. Upon conviction of the offenses alleged in Counts 1 and 2 of this Indictment, defendant **CHRISTINA KLAUDA** shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the said violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

Dated: February 20, 2025

A TRUE BILL.

[redacted]

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

GAVIN W. BRUCE
Assistant United States Attorney